**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.** |
| **Plaintiff,** | |
| v. | **JUDGE** |
| **JORGE SAID DIAZ,** | **INDICTMENT** |
| **a/k/a JORGE DIAZ** | |
| | **8 U.S.C. § 1326(a)** |
| **Defendant.** | |

FILED
RICHARD W. NAGEL
CLERK OF COURT

DEC 11 2025 2:49 P

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

2:25-CR-204
Morrison

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>
**(Illegal Reentry of a Removed Alien)**

On or about September 21, 2023, in the Southern District of Ohio, the defendant, **JORGE SAID DIAZ,** an alien, knowingly and unlawfully entered and was found in the United States after having been removed, excluded, or deported from the United States on or about September 4, 2008; May 27, 2010; April 13, 2018; and June 19, 2020, without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission to the United States prior to his return.

**In violation of 8 U.S.C. § 1326(a).**

**A TRUE BILL.**

**s/ Foreperson**_____
**FOREPERSON**

**DOMINICK S. GERACE III**
**United States Attorney**

_____
**Tyler Aagard (NC 54735)**
**Assistant United States Attorney**